CLYDE & CO US LLP
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
Lee H. Gorlin (NV Bar No. 13879)
lee.gorlin@clydeco.us
7251 W. Lake Mead Boulevard, Suite 430
Las Vegas Nevada 89128
Telephone: (725) 248-2900
Facsimile:  (725) 248-2907

*Attorneys for Defendant Safeco Insurance Company of America erroneously sued as Safeco Insurance of America*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAN OLIVA, | Case No.  2:22-cv-01844-RFB-BNW |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| SAFECO INSURANCE OF AMERICA, a LIBERTY MUTUAL COMPANY, DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants | |

1
NOTICE OF WITHDRAWAL OF ATTORNEY

Clyde & Co US LLP hereby requests that Amy L. Stein be removed from the Court's electronic service list as she is no longer an employee of Clyde & Co US LLP and no longer involved in this matter. Defendant Safeco Insurance Company of America erroneously sued as Safeco Insurance of America will continue to be represented by Amy M. Samberg, Justin S. Hepworth and Lee H. Gorlin.

Dated: October 6, 2025                    CLYDE & CO US LLP

By:     /s/ Justin S. Hepworth
Amy M. Samberg
Justin S. Hepworth
Lee H. Gorlin
7251 W. Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Attorneys for Defendant Safeco Insurance Company of America erroneously sued as Safeco Insurance of America*

**IT IS SO ORDERED**

**DATED:** 8:34 pm, October 07, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

As an employee of Clyde & Co US LLP, I certify that a copy of the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: October 6, 2025

  */s/ Maricris Williams*
An employee of Clyde & Co US LLP