CLYDE & CO US LLP
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
Lee H. Gorlin (NV Bar No. 13879)
lee.gorlin@clydeco.us
7251 W. Lake Mead Boulevard, Suite 430
Las Vegas Nevada 89128
Telephone: (725) 248-2900
Facsimile:  (725) 248-2907

*Attorneys for Defendant Safeco Insurance Company of America erroneously sued as Safeco Insurance of America*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAN OLIVA, | Case No. 2:22-cv-01844-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SAFECO INSURANCE OF AMERICA, a LIBERTY MUTUAL COMPANY, DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants | |

///

///

///

///

1
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

It is so stipulated this 23rd day of October 2025.

BOWEN LAW OFFICES

By: /s/ Jerome R. Bowen
Jerome R. Bowen
Jeffrey W. Chronister
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
*Attorneys for Plaintiff*

CLYDE & CO US LLP

By: /s/ Justin S. Hepworth
Amy M. Samberg (NV Bar No. 10212)
Justin S. Hepworth (NV Bar No. 10080)
Lee H. Gorlin (NV Bar No. 13879)
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
*Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED** this 24th day of October, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

As an employee of Clyde & Co US LLP, I certify that a copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: October 23, 2025

 */s/ Maricris Williams*
An employee of Clyde & Co US LLP